**IN the INTEREST OF: N.S., a Minor**

**508 EDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–51–AP–0001113–2016, CP–51–DP–0002470–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: I.N.S., a Minor**

**509 EDA 2017**

Superior Court of Pennsylvania.

9/21/2017

CP–51–AP–0001114–2016 (Philadelphia)

Affirmed

**IN the INTEREST OF: I.N.S., a Minor**

**510 EDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–51–AP–000111–2016, CP–51–DP–0002471–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: J.S., a Minor**

**511 EDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–51–AP–0001115–2016 (Philadelphia)

Affirmed

**IN the INTEREST OF: J.S., a Minor**

**512 EDA 2017**

Superior Court of Pennsylvania.

9/21/2017

CP–51–DP–0002472–2014 (Philadelphia)

Affirmed

**COM.**

**v.**

**BRODERICK, P.**

**994 EDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–23–CR–0003888–2007 (Delaware)

Affirmed

